# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3130

_____

MARIO D. SAILOR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 18, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

OSTERHAUS, C.J., and LEWIS and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mario D. Sailor, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.